Philip J. Giles, Cal State Bar #272582
**ALLEN, JONES & GILES, PLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@bkfirmaz.com

Attorney for Erik Fisher

FILED & ENTERED
SEP 09 2024
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>VICTOR YANG AND LYNDSEY M. YANG,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:24-bk-14484-SK |
| ERIK FISHER,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR YANG; and LYNDSEY M. YANG, fka LYNDSEY WONG,<br><br>Defendants. | Adversary No. 2:24-ap-01216-SK<br><br>**STIPULATED NON-DISCHARGEABLE JUDGMENT AND ORDER THEREON**<br><br>[NO HEARING REQUIRED] |

Based on the *Stipulation for Entry of Non-Dischargeable Judgment and Order Thereon* ("Stipulation") [Adv. ECF No. 4] entered into by and between Plaintiff Erik Fisher ("Plaintiff"), on the one hand, and Debtors/Defendants Victor Yang and Lindsey M. Yang fka Lyndsey Wong (together, "Defendants" and with Plaintiff, the "Parties"), Judgment is entered as follows:

**IT IS ORDERED, ADJUDGED AND DECREED**[1] as follows:

1. This Court has jurisdiction of the subject matter hereof and the Parties

[1] Unless otherwise noted herein, capitalized terms shall retain the meanings attributed to them in the Stipulation.

hereto.

2. Pursuant to the Stipulation, Defendants have waived service as to summons and as to the *Complaint* [Adv. ECF No. 1] and likewise waived any objection to the absence of a summons or service in this matter.

3. Judgment is hereby entered in favor of Plaintiff in the amount of $402,248.00 ("Liability"), which represents the total balance due from the First and Second Personal Loan Agreements, and the unpaid purchase order loans, with post-judgment interest to accrue at the applicable federal rate.

4. The Liability, including all post-judgment interest, is exempt from discharge under 11 U.S.C. § 523(a)(2)(A).

5. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure made applicable hereon by Rule 7054(a) of the Federal Rules of Bankruptcy Procedure, there is no just reason for delaying entry of this separate judgment which will be immediately effective upon entry.

###

Date: September 9, 2024

Sandra R. Klein
United States Bankruptcy Judge

[Signatures of parties on following page]

**<u>APPROVED AS TO FORM AND CONTENT:</u>**

**DEFENDANTS**

____________________________ __________________________
Victor Yang Date

____________________________ __________________________
Lyndsey M. Yang Date

**ALLEN, JONES & GILES, PLC**

____________________________ __________________________
Philip J. Giles Date
1850 N. Central Ave, Suite 1150
Phoenix, Arizona 85004
Attorney for Plaintiff